**EXHIBIT B**

🌐 blogs.desmoinesregister.com
http://blogs.desmoinesregister.com/dmr/index.php/2012/11/30/isu-student-group-banned-from-using-cy-on-t-shirt/article?nclick_check=1

# ISU student group banned from producing more shirts using Cy logo



Josh Montgomery, age 20, a sophomore at Iowa State, holds a shirt to show the back side, the same shirt he is wearing. Montgomery is the President / Executive Director of the Iowa State chapter of NORML (National Organization for the Reform of Marijuana Legislation). His group got permission from ISU to use the school logo on the tee shirt that has a pot leaf on it. The university has since asked the group not to produce any more shirts. (Bill Neibergall/The Register)

A student group at Iowa State University has been banned from using the Cy logo on their T-shirts, following complaints to the university after an article in the Register.

University administrators met Thursday with NORML ISU, the campus chapter of the National Organization for the Reform of Marijuana Laws, about the use of the school's mascot on their club shirts. The t-shirts say NORML ISU on the front, with Cy's head in place of the "O." On the back is the slogan "Freedom is Norml at ISU" and shows a marijuana leaf.

After the shirts were featured in a photo in a Nov. 19 article about the possibility of legalizing marijuana in Iowa, the university has received email complaints from legislators and private citizens, said Warren Madden, senior vice president for business and finance.

"People started to react and we started to get feedback indicating that it's an endorsement of the position" to legalize marijuana, Madden said.

The shirt had initially been approved by the school's trademark licensing office. Madden said the office reviews around 9,000 designs a year, both for student groups and commercial companies looking to use the logo. Reviewing licensing policy after complaints started coming in, the office found that the shirt violated rules that the university trademarks not be associated with products that have health risks, and that Cy's image cannot be used to stand in for lettering in other groups' marks.

"There's no question about that, we approved those initially," said Tom Hill, senior vice president for student affairs.

"What we want to do is make it very clear that we support the student organization without a doubt," Hill said. "But these are positions that Iowa State University will not take a stand on. And we can't afford to be put in that position."

Hill and Madden met with seven members of the group to inform them that they would not be allowed to print the original design again.

"It surprised us all," said Josh Montgomery, the group's president. "It's just a hard reality to accept for somebody in my position. We have to do the best with what we have."

Montgomery told the Register in November that the fact that the university allowed the group to put Cy and the marijuana leaf on the same shirt, "It's blowing our minds."

Now, Montgomery said, the group feels unfairly targeted, because other clubs on campus can still use Cy, with university approval. "Even the skeet shooting team is allowed to print Cy holding a musket, plus the bondage club is allowed to print Cy on their t-shirts," Montgomery said. Hill said he is not aware of a bondage club using Cy's image.

Madden denies anyone was at fault for the initial approval of the design. "Hindsight is obviously 20/20," he said. "They approved it and the students didn't do anything inappropriate or wrong."

While Cy is definitely out, the university has not yet decided how it will proceed with the marijuana leaf or the use of the ISU letters. Madden said his office will review all proposed designs before the group can print another shirt.