**EXHIBIT C**

NORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISU
ISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORML
NORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISU
ISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORML
NORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISU
ISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORML
NORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISU
ISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORML
ISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORML
NORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISU
ISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORML
NORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISU
ISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORML
NORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISU
ISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORML
NORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISU
ISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORML
NORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISU
ISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORML
NORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISU
ISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORML
NORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISU
ISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORML
NORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISUNORMLISU

# Student Chapter