# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

PRESIDING: HONORABLE JAMES E. GRITZNER
Case No. 4:14-cv-264                         : Court Reporter: Ann Moyna
                                              : Interpreter: n/a
                                              : Civil Matters Video Recorded: ☐

Plaintiff(s)                                  : Defendant(s)

Gerlich et al                                 : Leath et al

Plaintiff(s) Counsel: Robert Corn-Revere

Defendant(s) Counsel: Tyler Murray Smith

Issues before the Court: Cross Motions for Summary Judgment
Motion(s) for Ruling:                         Ruling    /    Ruling Reserved

[47] Motion for Summary Judgment (Plaintiffs)          : Reserved
[48] Motion for Summary Judgment (Defendants)          : Reserved

Proceedings:

All parties represented by counsel. Pls present arguments on their motion for summary judgment: 1:02-1:47. Defs present arguments on their motion for summary judgment: 1:47-2:23. Pls present rebuttal arguments: 2:23-2:40. Defs present rebuttal arguments: 2:40-2:50. Court takes the matter under advisement.

Time Start: 1:00 p.m.
Time End: 2:51                                /s/ Bart Galvin, law clerk
Date: November 18, 2015                       Deputy Clerk