# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 13, 2017

Mr. George A. Carroll
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

    RE:  16-1518  Paul Gerlich, et al v. Steven Leath, et al

Dear Counsel:

    The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

    Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

        Michael E. Gans
        Clerk of Court

CMD

Enclosure(s)

cc:    Mr. Robert Corn-Revere
        Mr. John S. Courter
        Mr. Michael Giudicessi
        Mr. Ronald London
        Mr. M. Casey Mattox
        Mr. Jeffrey S. Thompson
        Mr. Eugene Volokh
        Ms. Lisa Beth Zycherman
            District Court/Agency Case Number(s):   4:14-cv-00264-JEG