# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-1518

Paul Gerlich and Erin Furleigh

Appellees

v.

Steven Leath, et al.

Appellants

------------------------------

Student Press Law Center, et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:14-cv-00264-JEG)
_____

**ORDER**

     The court grants $177,467.68 in attorney fees and $1,358.09 in expenses to Davis Wright Tremaine LLP and $14,107.50 in attorney fees and $326.24 in expenses to Faegre Baker Daniels LLP.

September 20, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans