# 2015

**Salary & Economic Survey**





2251 Tower Drive West
Stillwater, MN 55082
tel 651.439.1554
fax 651.439.1564
www.readexresearch.com

# CONTENTS

Purpose .................................................................................................................. 1

Method .................................................................................................................. 3

About Readex ....................................................................................................... 5

Findings

    Compensation ............................................................................................. 8

    Benefits ..................................................................................................... 24

    About Their Employers ............................................................................ 32

    About Their Work .................................................................................... 48

    About Their Educational Debt ................................................................. 82

    Opinions of the Legal Profession ............................................................ 88

    Personal Profile ....................................................................................... 92

Data Tables

Appendix

© 2015 Readex Research



**PURPOSE**

The findings cited in this report are based on a survey sponsored by the Iowa State Bar Association (ISBA).

Through the use of an online survey representing the ISBA's emailable active attorney members (excluding members residing outside of Iowa and those holding a retirement certificate), the primary goals of this research project were to:

- better understand the demographics of the ISBA membership
- document general trends in attorneys' economic compensation
- understand how attorneys' compensation (e.g., salary, benefits) is impacted by various factors (e.g., gender, age, race/ethnicity, years in practice)
- collect thorough, accurate information on the economic realities associated with the career field to share with potential future attorneys (e.g., law school debt, opinions of the field)
- create a point of reference for future economic surveys of the ISBA membership

# METHOD

The survey sample of 5,688 represented emailable active attorney members of the ISBA, excluding members residing outside of Iowa and/or those holding a retirement certificate. The sample represented 70% of the ISBA's entire membership of 8,108 at the time of sample selection.

Data was collected via online survey from April 22 to May 5, 2015. The survey was closed for tabulation with 928 usable responses—a 16% response rate. To best represent the audience of interest, results from the 850 respondents who indicated on the first survey question that they are currently employed as attorneys in Iowa were tabulated for analysis in this report. As with any research, the results should be interpreted with the potential of non-response bias in mind. It is unknown how those who responded to the survey may be different from those who did not respond. In general, the higher the response rate, the lower the probability of estimation errors due to non-response and thus, the more stable the results.

The margin of error for percentages based on 850 tabulated responses is ±3.1 percentage points at the 95% confidence level. The margin of error for percentages based on smaller sample sizes will be larger.

*(Please refer to the Appendix for details of the survey method.)*

## ABOUT READEX

Readex Research is a nationally recognized independent research company located in Stillwater, Minnesota. Its roots are in survey research for the magazine publishing industry, but specialization in conducting high-quality survey research (by mail and/or the Internet) has brought clients from many other markets, including associations, corporate marketers and communicators, and government agencies. Since its founding in 1947, Readex has completed thousands of surveys for a lengthy and diverse list of clients.

As a full-service survey research supplier, Readex provides in-house processing of all phases of each project (traditional mailing, broadcast emailing, and data processing) to ensure complete control over project quality and schedule. Analytical capabilities include a range of multivariate statistics and modeling techniques, in addition to the more traditional stub-and-banner tabulations.

This survey was conducted and this report was prepared by Readex in accordance with accepted research standards and practices.

**FINDINGS**

## *Employment Status*

Of the 928 individuals who responded to the survey, 850 (or 92% of the total number of respondents) are currently employed as attorneys in Iowa. Tabulated for analysis in this report, they are hereafter referred to as "Iowa attorneys." The remaining individuals (those who indicated on the first survey question that they are retired, unemployed, employed as an attorney outside of Iowa, or employed as something other than an attorney) did not participate in the remainder of the survey.

| Employment Status: All Respondents | |
|---|---|
| full-time | 87% |
| part-time | 5% |
| retired | 1% |
| unemployed | 1% |
| employed as an attorney outside of Iowa | 3% |
| employed, but not as an attorney | 4% |

The last four rows: **Did not participate in the remainder of the survey**

base: all 928 respondents

Of the 850 tabulated Iowa attorneys, 94% are employed full time.

## Employment Status
### (Among Attorneys Practicing in Iowa)

What best describes your current employment status <u>as an attorney in Iowa</u>?

**FINDINGS**
Compensation



- part-time 6%
- full-time 94%

base: 850 attorneys practicing in Iowa



## Typical Hourly Rate and Percentage Charged on a Contingency-Fee Basis

The median hourly rate typically charged by Iowa attorneys at private law practices is $199. As could be expected, the median hourly rate tends to correlate positively with license tenure. Those at private law practices who have been licensed to practice law for fewer than 5 years typically charge an hourly rate of $170; the typical hourly rate rises to $225 among those who have been licensed for 40 years or more.

By primary practice area, the highest median hourly rate typically charged, at $222, is found in those whose primary practice area is in plaintiff litigation/civil; the median drops to $179 among those primarily practicing in defense litigation/civil.

The typical Iowa attorney at a private law practice who charges on a contingency-fee basis charges 35% in that way. 42% do not charge on a contingency-fee basis.

| Percentage Charged on a Contingency-Fee Basis | |
|---|---|
| 40% or more | 2% |
| 33% - 39% | 35% |
| 25% - 32% | 12% |
| less than 25% | 9% |
| **mean** | **33.8%** |
| **median** | **35%** |
| do not charge on a contingency-fee basis* | 42% |

base: 653 attorneys at private law practices in Iowa
*Excluded from mean and median calculations.

## Typical Hourly Rate by
## Number of Years Licensed and Primary Practice Area

What is your typical hourly rate?

**FINDINGS**
About Their Work

|  | TOTAL | NUMBER OF YEARS LICENSED ||||||||
|---|---|---|---|---|---|---|---|---|
|  |  | <5 | 5 - 9 | 10 - 14 | 15 - 19 | 20 - 29 | 30 - 39 | 40+ |
| **median hourly rate** | $199 | $170 | $193 | $208 | $211 | $221 | $218 | $225 |

|  | TOTAL | PRIMARY PRACTICE AREA |||||||
|---|---|---|---|---|---|---|---|---|
|  |  | litigation/ civil: defense | criminal/ OWI/ traffic | general practice | family/ juvenile | real estate | estate planning/ probate | litigation/ civil: plaintiff |
| **median hourly rate** | $199 | $179 | $180 | $191 | $200 | $203 | $209 | $222 |

☐ = $180 - $199    ☐ = $200 - $219    ☐ = $220+

base: 653 attorneys at private law practices in Iowa; those in each segment

p. 15

ReadexResearch
Experienced. Trusted. Insightful.

67

# Iowa State Bar Association

2015 Salary & Economic Survey

*Banner 1 of 3: Number of Years Licensed and Population of Community*

# DATA TABLES
Index to Tables

| Table | Title |
|---|---|
| 040 | Proportion Who Initiate Discussion of Fees With Clients |
| 041 | Frequency of Time Discussion of Fees Occurs During First Interview |
| 042 | Frequency of Time Providing Written Verification of Fees/Plans for Payment |
| 043 | Average Billable Hours Produced Daily |
| 044 | Interval Used to Track Time Spent on Billable Hours |
| 045 | Frequency of Billing Clients |
| 046 | Proportion of Fees Failed to Collect |
| 047 | Actions Taken When Fees Are Not Paid in Due Course |
| 048 | Minimum Number of Annual Billable Hours Expected/Required |
| 049 | Minimum Number of Annual Billable Hours Expected/Required Among Those Who Have a Minimum Requirement |
| 050 | Average Hourly Overhead Expense Per Attorney |
| 051 | Percentage of Gross Revenues Spent on Overhead |
| 052 | Change in Demand for Paid Billable Legal Services in Community |
| 053 | Expected Change in Demand for Paid Billable Legal Services in Community |
| 054 | Base Salary |
| 055 | Change in Base Salary |
| 056 | Cash Compensation Eligible to Receive |
| 057 | Value of Other Cash Compensation |
| 058 | Value of Other Cash Compensation Among Those Who Received Other Cash Compensation |
| 059 | Total Compensation |
| 060 | Satisfaction With Total Compensation |
| 061 | Percentage of Income Derived From Court Appointed Juvenile/Indigent Defense Cases |
| 062 | Percentage of Income Derived From Court Appointed Juvenile/Indigent Defense Cases Among Those Who Accept These Cases |
| 063 | Other Amenities/Benefits Offered |
| 064 | ISBA Dues Payer |
| 065 | Number of Bar Association Dues That Would Be Paid |
| 066 | Retirement Plan Contributions Made |
| 067 | Holidays Observed |
| 068 | Number of Vacation Days Planning to Take |
| 069 | Educational Debt Held |
| 070 | Educational Debt Held Among Those Who Had Educational Debt at Graduation |
| 071 | Percentage of Debt Remaining |
| 072 | Monthly Payment on Debt |
| 073 | Years Left on Debt |
| 074 | Years Left on Debt Among Those Who Have Debt |
| 075 | Debt's Influence on Legal Career |
| 076 | Opinion of Lawyer Disciplinary System |
| 077 | Change in Image of Attorneys in Public's Eye |
| 078 | Change in Professionalism Among Attorneys |
| 079 | Proportion Who Would Pursue a Legal Profession Again |

ReadexResearch
Experienced. Trusted. Insightful.

**DATA TABLES**
Index to Tables

| Table | Title |
|---|---|
| 080 | Opinions of Legal Work: Agree Summary |
| 081 | Opinions of Legal Work: Disagree Summary |
| 082 | Opinions of Legal Work: Mean Summary |
| 083 | Opinions of Legal Work: Iowa Attorneys Have More Legal Work Than They Can Handle |
| 084 | Opinions of Legal Work: I Personally Have More Legal Work Than I Can Handle |
| 085 | Age |
| 086 | Gender |
| 087 | Ethnicity |

© 2015 Readex Research

ReadexResearch
Experienced. Trusted. Insightful.

**DATA TABLES**
Data Interpretation

In addition to percentages, three summary statistics may be presented in this report for numeric variables.

A **mean** is the arithmetic average of a distribution (i.e., a set of values). Because it is arithmetically calculated, it can be multiplied by the population represented to present a total volume estimate. For example, if 100 survey respondents (representing 10,000 people in the population) reported mean expenditures of $100 each, total expenditures for that population are estimated as 10,000 x $100 = $1,000,000. Means are very much influenced by extremely large or extremely small values in the distribution (e.g., one millionaire can substantially raise an estimate of average income).

Means for grouped data are calculated using the midpoint of each range. The lowest-valued group is represented by its largest value; the highest-valued group by its lowest.

The **standard error** measures the variability associated with the survey's estimate of a population mean. The standard error is analogous to the margin of error associated with percentages: that is, 95% of the time we expect the true (unknown) population mean to be within plus-or-minus two standard errors of the mean calculated from the sample. A standard error that is large in proportion to the mean indicates a high level of statistical instability; trending and projections against such estimates should be undertaken cautiously.

A **median** is the value that lies at the middle of a distribution: that is, 50% of the values are above it and 50% are below. It represents the "typical" response, and is not influenced by extreme values. For most distributions, the median will be either roughly equal to, or significantly smaller than the mean.

Medians for grouped data are calculated by locating the group which contains the 50th percentile, then interpolating between the lower and upper bounds to estimate the precise value. Only the values listed *above* the statistics on a data table are used in the calculations.

Tables may have **statistical significance testing** enabled, comparing means and proportions between selected columns. Z-scores for differences are calculated where both tabulation bases are ≥ 30, assuming the statistics are derived from sufficiently large unweighted probability samples drawn from much larger independent populations. Differences found significant at the 95% confidence level are reported by appearance of one or more letters under the result, indicating from which tested column(s) to the left that statistic differs (if any).

When assumptions are met, significance testing accounts for the effect of sampling error on comparisons; if all assumptions are not met, the reader is advised to use test results cautiously. If results have been unit weighted, the statistical testing should be viewed only as a general guideline to highlighting potential differences. Effects of other potential sources of imprecision (nonresponse bias, item reliability, respondent error, etc.) are not similarly quantifiable, and may be of greater magnitude than sampling error.



**Typical Hourly Rate**

*22. What is your typical hourly rate?*

| | TOTAL | NUMBER OF YEARS LICENSED | | | | | | | POPULATION OF COMMUNITY | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | < 5 | 5 - 9 | 10 - 14 | 15 - 19 | 20 - 29 | 30 - 39 | 40+ | < 4,000 | 4,000 - 6,999 | 7,000 - 24,999 | 25,000 - 59,999 | 60,000 - 99,999 | 100,000+ |
| | a | b | c | d | e | f | g | h | i | j | k | l | m | n |
| base: those at private law practices in Iowa | 653 100% | 156 100% | 91 100% | 58 100% | 42 100% | 99 100% | 138 100% | 66 100% | 68 100% | 50 100% | 89 100% | 50 100% | 83 100% | 310 100% |
| $350 or more | 14 2% | 0 0% | 0 0% | 1 2% | 1 2% | 4 4% b | 4 3% b | 4 6% bc | 0 0% | 0 0% | 0 0% | 0 0% | 1 1% | 13 4% k |
| $325 - $349 | 12 2% | 0 0% | 0 0% | 1 2% | 2 5% bc | 0 0% | 6 4% bcf | 3 5% bcf | 0 0% | 0 0% | 0 0% | 0 0% | 1 1% | 11 4% |
| $300 - $324 | 18 3% | 0 0% | 0 0% | 2 3% b | 2 5% bc | 4 4% b | 6 4% bc | 4 6% bc | 0 0% | 0 0% | 0 0% | 0 0% | 2 2% | 16 5% k |
| $275 - $299 | 21 3% | 0 0% | 1 1% | 2 3% b | 1 2% | 6 6% b | 10 7% bc | 1 2% | 1 1% | 1 2% | 1 1% | 0 0% | 0 0% | 18 6% m |
| $250 - $274 | 64 10% | 6 4% | 1 1% | 5 9% c | 5 12% bc | 16 16% bc | 16 12% bc | 14 21% bc | 1 1% | 1 2% | 6 7% | 10 20% ijk | 12 14% ij | 34 11% ij |
| $225 - $249 | 57 9% | 4 3% | 7 8% | 7 12% b | 3 7% | 15 15% b | 15 11% b | 6 9% b | 4 6% | 7 14% | 8 9% | 4 8% | 5 6% | 29 9% |
| $200 - $224 | 124 19% | 20 13% | 26 29% b | 16 28% b | 11 26% b | 14 14% cd | 30 22% b | 7 11% cde | 9 13% | 13 26% | 23 26% | 11 22% | 19 23% | 49 16% k |
| $175 - $199 | 140 21% | 35 22% | 28 31% | 11 19% | 7 17% | 17 17% c | 24 17% c | 16 24% | 20 29% | 13 26% | 26 29% | 10 20% | 14 17% | 55 18% ik |
| $150 - $174 | 113 17% | 58 37% | 15 16% b | 8 14% b | 1 2% bcd | 14 14% be | 12 9% b | 5 8% b | 19 28% | 11 22% | 11 12% | 9 18% i | 16 19% | 47 15% i |
| $125 - $149 | 51 8% | 24 15% | 6 7% b | 4 7% | 4 10% | 3 3% b | 7 5% b | 3 5% b | 10 15% | 1 2% | 8 9% | 4 8% | 7 8% | 20 6% i |
| $95 - $124 | 13 2% | 6 4% | 1 1% | 0 0% | 2 5% | 1 1% | 1 1% | 2 3% | 3 4% | 0 0% | 6 7% | 1 2% | 1 1% | 2 1% ik |
| less than $95 | 4 1% | 0 0% | 1 1% | 0 0% | 1 2% | 1 1% | 1 1% | 0 0% | 0 0% | 1 2% | 0 0% | 0 0% | 2 2% | 1 0% |
| mean: | $207 | $175 b | $191 bc | $214 bc | $216 bc | $223 bc | $227 bc | $230 bc | $178 | $197 i | $192 | $202 i | $202 i | $223 ijklm |
| standard error: | $2.11 | $2.65 | $3.45 | $6.43 | $9.93 | $5.55 | $4.91 | $7.69 | $4.27 | $4.95 | $4.22 | $5.98 | $5.70 | $3.48 |
| median: | $199 | $170 | $193 | $208 | $211 | $221 | $218 | $225 | $176 | $197 | $194 | $200 | $200 | $211 |

Columns tested at 95% significance level:  bcdefgh  ijklmn

**Typical Hourly Rate**

*22. What is your typical hourly rate?*

|  | TOTAL | \< 5 | 5 - 9 | 10 - 14 | 15 - 19 | 20 - 29 | 30 - 39 | 40+ | \< 4,000 | 4,000 - 6,999 | 7,000 - 24,999 | 25,000 - 59,999 | 60,000 - 99,999 | 100,000+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | a | b | c | d | e | f | g | h | i | j | k | l | m | n |
| base: those at private law practices in Iowa | 653 100% | 156 100% | 91 100% | 58 100% | 42 100% | 99 100% | 138 100% | 66 100% | 68 100% | 50 100% | 89 100% | 50 100% | 83 100% | 310 100% |
| does not apply—do not charge on an hourly basis | 21 3% | 3 2% | 5 5% | 1 2% | 2 5% | 4 4% | 5 4% | 1 2% | 1 1% | 2 4% | 0 0% | 1 2% | 3 4% | 14 5% k |
| no answer | 1 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 1 1% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 1 0% |

Columns tested at 95% significance level: bcdefgh ijklmn